EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
_____ DIVISION at _____

Eastern District of Kentucky
**FILED**
AUG 03 2022
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. _____ (Court Clerk will supply)

Roshaun D. Quarles
PLAINTIFF

VS:

Lt. J. Reynolds #125
Melissa Pelfrey
Jacqueline Kirby
C.O Bellamy #601

(do not use "et al.",
enter full names)

Demand for Jury Trial:
Yes (✓)  No (___)

DEFENDANTS

**I. Plaintiff:**

A. Name (list any aliases): Roshaun D. Quarles

B. Prisoner ID #: 265878   Check one: Convicted ✓   Pretrial Detainee ____

C. Place of present confinement: _____

D. Address: _____

**II. Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: J. Reynolds
  Title or Position: Deputy Lieutenant / Badge #125
  Place of Employment: Eastern Kentucky Correctional Complex

B. Defendant's Name: Melissa Pelfrey
  Title or Position: (RN) Nurse
  Place of Employment: Eastern Kentucky Correctional Complex

Page 1 of 8

≌EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: JACQUELINE KIRBY
   Title or Position: UNIT ADMINISTER
   Place of Employment: EASTERN KENTUCKY CORRECTIONAL COMPLEX

D. Defendant's Name: DEPUTY BELLAMY #601
   Title or Position: CORRECTIONAL OFFICER / BADGE #601
   Place of Employment: EASTERN KENTUCKY CORRECTIONAL COMPLEX

E. Defendant's Name: _____
   Title or Position: _____
   Place of Employment: _____

### III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

On August 25th 2021 at or about 8:37:14 AM I Roshaun Quarles was placed in segregation for reason unknown at the time. Upon entering the restricted housing unit Dorm 5 I was handcuffed by Lt. Reynolds to a concret bench. I began to feel sick to my stomach and ask Lt. Reynolds if he could escort me to a cell, in which he did. Once I was placed in the cell Lt. Reynolds left to retrieve me a mattress. At about 9am I recieved my medication from nurse Bawlls who was being escorted by C/o Bowling at this time Lt. Reynolds returns to my cell and tells me to "put my hands behind my back to cuff-up." I comply with his orders while asking him "what is going on." Lt. Reynolds never replies. I place my hands in the food slot in order to be handcuff. but instead of Lt. Reynolds handcuffing me he sprays me with a giant sized mass can the kind that use to control crowds. I was not posing a threat what so ever to myself or others when Lt. Reynolds assaulted me with his chemical weapon. Once Lt. Reynolds discharge his weapon he sprayed me for a total of 40 seconds to one minute. Totally saturating me in the chemical agent I was unable to breath nor was I able to protect myself against the assault when

AEDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

I lifted my head to try to get a breath of air I notice Mrs. Kirby/unit administrator had her cellphone out recording the incident although she recorded the incident she didn't make any attempt to get Lt. Reynolds to stop her assault. I then was told to lay on the ground and to put my hands behind my back in which I complied. Once I was on the ground my door was popped and I was placed in hand restraints. Once I was placed in hand restraints I was picked up and dragged approximately 10 feet and shackled to a restraint chair. Once in the restraint chair I was ask do I need any medical attention and which I replied yes and I then was seen by Nurse Melissa Petrey who poured a cup of pill call water on top of my head. A pill call cup is a cup given to inmates to take pills. Its not even big enough to contain a handful of water. The cup of water Nurse Melissa use had no affect nor was it the proper medical attention to give to a person saturated in a chemical agent I then was placed in a empty room with no access to running water for two hours. Then I was moved to an observation cell where I didn't received running water for the next day nor was I given clean clothes or allowed to wash the chemical agent off my skin. My skin was irritated and I cough up mucus for atleast 24 hours. I believe this was done to impose as much pain and humiliation as possible and for punitive purposes. Since this incident I have serious problems with my sinus and which I receive treatment for in form of doctor prescribe nasal medication which I take daily under medical supervision.

B.  When did these events happen?

"See Statement and Claim"

AEDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

EASTERN KENTUCKY CORRECTIONAL COMPLEX

"SEE STATEMENT OF CLAIM"

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

1.) Violated my VIII Amendment rights by subject to cruel and unusual punishment

2.) All parties showed the deliberated indifference to my medical needs

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES ( ✓ )  NO ( ___ )

2. If so, did you (check **ALL** that apply):
   _____ file a request or appeal to the Warden _____ date
   _____ appeal to the Regional Director _____ date
   _____ appeal to the Office of General Counsel _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01-22) Complaint under §1983 or Bivens Action

4. What was the result? 1) NOTHING WAS DONE AND THEY SAID MY GRIEVANCE WAS PASS MY DEADLINE.
2) THEY REPLY "YOU MAY NOT REQUEST STAFF ACTION"

5. If you did not file a grievance, why not?

B. **State Prisoners** answer the following:

    1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES (✓)   NO (___)

    2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

       ✓ file a grievance and seek an informal resolution    3/25/21 date
       ___ request a hearing from the Grievance Committee    ___ date
       ___ appeal to the Warden    ___ date
       ___ appeal to the Commissioner    ___ date

    Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
       YES (___)   NO (___)
       ___ date

    3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

    4. What was the result?

    5. If you did not file a grievance, why not?

C. **County or City Prisoners** answer the following:

1. Is there a grievance/appeal policy at your jail? YES (___) NO (___)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

   3. Did you file a grievance regarding these facts? YES (___) NO (___)
   4. If you filed a grievance:

     a. What steps did you take to use the grievance process? _____

_____

_____

_____

     b. What was the result? _____

_____

     c. If unsuccessful, did you file an appeal? YES (___) NO (___)
     d. What was the result? _____

_____

_____

     e. Did you take any further steps in the grievance process?
        YES (___) NO (___)    NO MORE AVAILABLE (___)
     f. What was the result? _____

_____

_____

   5. If you did not file a grievance, why not?: _____

_____

_____

_____

AEDKy 520 (Rev. 01-22) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action?  YES (___)  NO (✓)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:
Plaintiff: _____
Defendant(s): _____
_____
_____

2. COURT: (name the district for a federal court, or the county for a state court)
_____

3. CASE NO.: _____  DATE FILED: _____

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)
_____
_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: ____N/A____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _Reshaud D. Quarles_ vs. Defendant(s) _Brad Boyd et al_
Court Name: _United States District Court Western District_   Case No.: _5:18-CV-P7-TBR_
Nature of Claim: _Racial Discrimination_   Date Filed: _N/A_
Outcome: _Dismissed_   Date: _N/A_

2. Plaintiff _____ vs. Defendant(s) _____
Court Name: _____   Case No.: _____
Nature of Claim: _____   Date Filed: _____
Outcome: _____   Date: _____

GEDKy 520 (Rev. 01-22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____   Date Filed: _____

    Outcome: _____    Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

I would like to be awarded in punitive damages, and compensatory damages 40,000.00 in compensatory damages, and 40,000.00 in punitive damages for unnecessary pepper spraying and displaying a deliberate indifference to my medical needs for a total of 80,000.00

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_     #265378

Signature of Plaintiff     Prison ID#     Date

Plaintiff's Address: _____