UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| ROSHAUN D. QUARLES,<br>    **Plaintiff,**<br><br>V.<br><br>J. REYNOLDS, *et. al.*,<br>    **Defendants.** | CIVIL ACTION NO. 0:22-59-KKC-EBA<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendants' motion for summary judgment (DE 33) and the magistrate judge's recommended disposition (DE 39).

Plaintiff Roshaun Quarles, a prisoner, filed a pro se Compliant on August 3, 2022 against Defendants J. Reynolds, Melissa Pelfrey, and Jaqueline Kirby. The matter was referred to Magistrate Judge Edward Atkins to "conduct all further pretrial proceedings, including. . . . preparing proposed findings of fact and recommendations on any dispositive motions." (DE 21.)

Quarles alleges an Eighth Amendment claim against Defendants. Defendants Reynolds and Kirby have filed a motion for summary judgment. Judge Atkins issued a recommended disposition recommending that the motion for summary judgment be granted and Defendant Melissa Pelfrey be dismissed from the case. Plaintiff has not filed any objections to Judge Atkins' recommended disposition. The Court, having reviewed the Defendants' motion and applicable law, agrees with Judge Atkins' Recommended Disposition.

Accordingly, the Court, being sufficiently advised, HEREBY ORDERS as follows:

(1) Judge Atkins' recommended disposition (DE 39) is ADOPTED as the Court's opinion;

(2) Defendants' motion for summary judgment (DE 33) is GRANTED;

(3) Plaintiff's claims against Defendant Pelfrey are DISMISSED with prejudice; and

(4) A judgment consistent with this order and the recommended disposition will be entered contemporaneously.

This 11th day of June, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY